**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6587**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ALFONZA MCCOY, a/k/a Pap,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Dever III, Chief District Judge. (5:11-cr-00238-D-1)

Submitted: September 18, 2018                     Decided: September 21, 2018

Before WILKINSON and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Alfonza McCoy, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alfonza McCoy appeals the district court's order denying relief on his motion for reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. *See United States v. Muldrow*, 844 F.3d 434, 437 (4th Cir. 2016) (providing standard). Accordingly, we affirm for the reasons stated by the district court. *United States v. McCoy*, No. 5:11-cr-00238-D-1 (E.D.N.C. filed May 8, 2018 & entered May 9, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
